IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIAN R. TYLER, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

Plaintiff, the United States of America, for its complaint against the defendant, alleges as follows:

1.      This is a civil action brought by the United States to reduce to judgment income tax assessments made against Brian R. Tyler ("Tyler") for the tax years 2008, 2011, 2012, 2014, 2015, 2019 and 2020.

2.      This civil action is commenced pursuant to 26 U.S.C. § 7401 at the direction of the Attorney General of the United States with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

## JURISDICTION AND VENUE

3.      Jurisdiction over this action is conferred upon this Court by 28 U.S.C. §§ 1340 and 1345, as well as 26 U.S.C. § 7402.

4.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and 1396 because defendant Tyler resides within this district, the tax liabilities at issue in this lawsuit accrued in

this district, and a substantial part of the actions giving rise to this lawsuit occurred in this district.

## PARTIES

5.      Plaintiff is the United States of America.

6.      Defendant Brian R. Tyler ("Tyler") is a resident of Iowa who resides within this district and division.

## COUNT I: REDUCE ASSESSMENTS TO JUDGMENT

7.      The United States realleges and incorporates by reference the allegations made in paragraphs 1 through 6 above.

8.      Tyler filed federal income tax returns with the Internal Revenue Service ("IRS") for the 2008, 2011, 2012, 2014, 2015, 2019, and 2020 tax years, self-reporting that he owed $87,125; $41,441; $36,144; $3,967; $11,915; $36,294; and $38,039, respectively.

9.      Tyler failed to fully pay the self-reported tax liability due and owing.

10.      Accordingly, on or about the dates set forth below, a delegate of the Secretary of Treasury made assessments of tax, interest, and penalties against Tyler for the years 2008, 2011, 2012, 2014, 2015, 2019, and 2020.  The total unpaid balance of these assessments, through October 31, 2023, which includes assessed interest plus statutory additions, and any credits and payments, is as follows:

| Year | Assessment Date | Assessed Tax | Accruals | Current Total Liability |
|---|---|---|---|---|
| 2008 | 9/9/2013 | $167,549.36 | $34,558.56 | $202,107.92 |
| 2011 | 12/16/2013 | $80,376.39 | $15,005.32 | $95,381.71 |
| 2012 | 11/18/2013 | $56,630.61 | $10,572.26 | $67,202.87 |

| 2014 | 11/23/2015 | $5,929.79 | $1,107.02 | $7,036.81 |
|---|---|---|---|---|
| 2015 | 11/21/2016 | $17,045.97 | $3,450.36 | $20,496.33 |
| 2019 | 6/7/2021 | $31,410.99 | $9,262.48 | $40,673.47 |
| 2020 | 12/20/2021 | $38,507.07 | $11,129.24 | $49,636.31 |
| TOTAL | | $397,450.18 | $85,085.24 | $482,535.42 |

11.     The assessments described in Paragraph 10 were made in accordance with the law.

12.     The Internal Revenue Service gave Tyler notice of the assessments described in paragraph 10.

13.     Despite the notices and demands for payment, Tyler neglected, failed, and refused to pay the outstanding federal income tax liabilities in full.

14.     Because Tyler failed to pay his income tax liabilities, a delegate from the Secretary of Treasury assessed additional penalties and interest for each year referenced in paragraph 8.

15.     As a result of the additional penalties and interest assessed, Tyler's total tax debt, as of October 31, 2023, is $482,535.42.

16.     Tyler requested collection due process hearings and entered into installment agreements with the IRS regarding the payment of his unpaid taxes for the 2008, 2011, 2012, 2014, 2015, and 2019 tax years.  During those time periods, the Secretary of the Treasury was statutorily prohibited from collecting Tyler's liabilities by way of levy.

17.     Although a proceeding in court generally must be commenced within ten years after the assessment of a tax, this action has been timely commenced under 26 U.S.C. § 6502 because the statute of limitations was tolled pursuant to 26 U.S.C. §§ 6331(i) and (k) and 6330(e) due to the collection due process hearings requested and the installment agreements entered into by Tyler.

WHEREFORE, the United States respectfully requests that the Court enter judgment on Count I of this Complaint in favor of the United States and against Brian R. Tyler in the amount of $482,535.42, plus statutory additions that have accrued and will continue to accrue since October 31, 3023, together with such other relief as the Court deems just and proper, including awarding the United States its costs and expenses incurred in this suit.

Dated: February 28, 2024                      Respectfully submitted:

                                              RICHARD D. WESTPHAL
                                              United States Attorney
                                              Southern District of Iowa

                                              DAVID A. HUBBERT
                                              Deputy Assistant Attorney General

                                               /s/Ryan Franke
                                              RYAN FRANKE
                                              WI Bar No. 1122707
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 7238
                                              Washington, D.C.  20044
                                              202-514-7342 (v)
                                              202-514-6770 (f)
                                              Ryan.Franke@usdoj.gov
                                              *Attorneys for the United States of America*